1 2 pages
LAW OFFICE OF DENNIS K. COWAN
2 Dennis K. Cowan, Esq. - CA Bar No. 036325
David M. Brady, Esq. - CA Bar No. 70246
3 280 Hemsted Drive, Ste. B
P.O. Box 992090
4 Redding  CA  96099
Telephone:  (530) 221-7300
5 Fax: (530) 221-7389
Email: office@dcowanlaw.com
6
Attorney for John W. Reger, Trustee
7

UNITED STATES BANKRUPTCY COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10  In re:                                          Case No.  10-32374-C-7

11  SARAH BUITRON                                   DCN: DMB-2

12                                                  Date: June 21, 2011
                                                    Time: 9:30 AM
13               Debtor                             Judge: Hon. Christopher M. Klein
                                                    Dept.: C, Ctrm 35, 6th Floor
14  _____/                 501 I St., Sacramento, CA

15
                 MOTION FOR ORDER TO APPROVE SALE OF REAL PROPERTY
16
        John W. Reger, Trustee in this case, moves this Court for an order authorizing him to sell
17
the debtors' community property interest in a home located at Calle Espana #318 Villa
18
Guadalupe, Pitillal Puerto Vallarta, Jalisco, Mexico and as legally described in the attached Real
19
Property Purchase agreement ( EXHIBIT A) to her ex-husband, the holder of the other
20
community property interest, Jose Reyes Buitron Sanchez.
21
        The sale price is $10,000.00, subject to overbids at the time of the hearing.  The trustee
22
requests that the overbids be in increments of not less than $1,000.  The sale is to be in
23
accordance with the terms of the agreement, except for any increased price from bidding.
24
        The potential buyer/purchaser of the property is Jose Reyes Buitron Sanchez, who has
25
made an offer of $10,000.00, with a cash down payment of $7,000.00 with the remaining
26
$3,000.00 to be secured by a promissory note, to be paid at a rate of $300.00 a month for 10
27

28                                              1

months.  Buyer has indicated that he owns a 1995 Chevrolet 1500 pick-up truck that is currently free and clear and will be used as security for the payment of the promissary note.  If the buyer does not proceed with the sale the $7,000.00 down payment will remain with the estate unless the home is sold by overbid in which case all monies will be returned to Jose Reyes Buitron Sanchez.

The trustee believes that the purchase price is a reasonable fair market value for the property.

Other potential purchasers may wish to bid more for the property at the time of the hearing, but Mr. Buitron Sanchez is the only one to make a firm offer as of the date of this motion.  Mr. Buitron Sanchez, of course, will also have the opportunity to bid at that time if there are additional bidders.  Anyone desiring to bid must notify the trustee or his attorney in writing and give the trustee a deposit of $1,000 at least five days before the hearing of this motion.  The deposit will be refunded at the request of a bidder who is not approved as the purchaser at the hearing, although any bidder who wishes to be approved as a "back-up" purchaser will need to allow the trustee to retain the deposit until the sale closes.  All bids must be for cash, and the winning bidder must be prepared to consummate the sale within 20 days after the order approving the sale is entered.  The money so deposited will be refunded if the sale is not consummated through no fault of the successful top bidder.  The trustee reserves the right to cancel the sale as to the top bidder and proceed with a sale to the next highest bidder who was conditionally approved by the court if the sale to the top bidder cannot be consummated within that 20 days.

John Reger, Chapter 7 trustee, therefore requests that the court approve the sale of the real property to Jose Reyes Buitron Sanchez, or if there are other qualified bidders, then to the highest qualified bidder, subject to the conditional acceptance of bids below the highest offer so that a sale can be completed without further order of this court if the approved sale to the highest bidder is not consummated within a reasonable time.

Dated: May 10, 2011

David M. Brady, Attorney for John W. Reger, Trustee